1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ELDEN BENDA,

11            Petitioner,                    1:06-CV-01044 ALA HC

12        vs.

13   K. MENDOZA-POWERS,

14            Respondent.                    ORDER

15   _____/

16        Petitioner, a state prisoner proceeding pro se and in forma pauperis with a petition for

17   writ of habeas corpus.  Since Petitioner may be entitled to relief if the claimed violation of

18   constitutional rights is proved, Respondent will be directed to file a response to Petitioner's

19   habeas petition.

20        Therefore,  IT IS HEREBY ORDERED that:

21            1.  Respondent is directed to file a response to Petitioner's habeas petition within

22   thirty-five (35) days from the date of this order.  *See* Rule 4, Fed. R. Governing § 2254 Cases.

23   An answer shall be accompanied by all transcripts and other documents relevant to the issues

24   presented in the petition.  *See* Rule 5, Fed. R. Governing § 2254 Cases;

25            2.  If the response to the habeas petition is an answer, Petitioner's reply, if any,

26   shall be filed and served within thirty-five (35) days after service of the answer;

1

1    3.  If the response to the habeas petition is a motion, Petitioner's opposition or

2  statement of non-opposition to the motion shall be filed and served within thirty-five (35) days

3  after service of the motion, and Respondents' reply, if any, shall be filed and served within

4  twenty-one days (21) thereafter; and

5    4.  The Clerk of the Court shall serve a copy of this order together with a copy of

6  the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,

7  Senior Assistant Attorney General.

8  /////

9  DATED: November 2, 2007

10

11    /s/ Arthur L. Alarcón
      UNITED STATES CIRCUIT  JUDGE
12    Sitting by Designation

13

14

15

16

17

18

19

20

21

22

23

24

25

26