1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ELDEN BENDA,

11            Petitioner,                    1:06-CV-01044 ALA HC

12        vs.

13    K. MENDOZA-POWERS,

14            Respondent.                    <u>ORDER</u>

15    _____/

16        Respondent has filed an answer to the petition.  Petitioner Elden Benda is directed to file

17    a traverse.

18        Therefore, IT IS HEREBY ORDERED that Petitioner file a traverse within thirty-five

19    (35) days of the date of this order.

20    /////

21    DATED: December 21, 2007

22

23                                    <u>/s/ Arthur L. Alarcón</u>
                                      UNITED STATES CIRCUIT JUDGE
24                                    Sitting by Designation

25

26

                                          1