IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELDEN BENDA,

    Petitioner,     No. 1:06-cv-01044 ALA (HC)

    vs.

JAMES D. HARTLEY, Warden,[1]

    Respondent.     ORDER
_____/

    Respondent is directed to file a response, consisting of no more than ten pages, on or before July 11, 2008, to Petitioner's request for judicial notice filed on October 18, 2007, regarding whether "he was deprived of a fair and impartial hearing conducted by an unbiased fact finder that had not predetermined the outcome," as alleged in Petitioner's application for a writ of habeas corpus filed in this court on August 9, 2006.

/////

DATED: June 23, 2008

                          /s/ Arthur L. Alarcón
                          UNITED STATES CIRCUIT JUDGE
                          Sitting by Designation

---

[1] James D. Hartley is substituted for his predecessor, K. Mendoza-Powers, as the warden where the prisoner is incarcerated, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.