IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELDEN BENDA

     Petitioner,                    No. 1:06-cv-01044 ALA (HC)

    vs.

JAMES D. HARTLEY, Warden[1]

     Respondent.                  ORDER

_____/

       On October 18, 2007, petitioner filed a Request for Judicial Notice for this court to take judicial notice of *In re Arthur Criscione*, Santa Clara County Superior Court No. 71614 (Doc. 9). Respondent filed a Memorandum of Points and Authorities in Opposition to Petitioner's Request for Judicial Notice (Doc 25).

       "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "A court shall take judicial notice if requested by a party and supplied

---

[1] James D. Hartley is substituted for his predecessor, K. Mendoza-Powers, as the warden where the prisoner is incarcerated, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1

1    with the necessary information." Fed. R. Evid. 201(d).

2        A court "may take judicial notice of a document filed in another court not for the truth of
3    the matters asserted in the other litigation, but rather to establish the fact of such litigation and
4    related filings." *San Luis v. Badgley,* 136 F. Supp. 2d 1136, 1146 (E.D. Cal. 2000) (quoting
5    *United States v. Jones*, 29 F.3d 1549, 1553 (11th Cir. 1994).  Thus, this Court cannot take
6    judicial notice of *In re Arthur Criscione*. Santa Clara County Superior Court No. 71614, to prove
7    the truth of the matters asserted therein.

8        Petitioner's motion to take judicial notice is DENIED.

9    /////

10   
11   DATED: July 15, 2008
                                  /s/ Arthur L. Alarcón

12                                     UNITED STATES CIRCUIT JUDGE
                                  Sitting by Designation